UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BELWITH PRODUCTS, LLC,

    Plaintiff,

v.

    Case No. 1:22-cv-335

    Hon. Paul L. Maloney

MENARD, INC.,

    Defendant.

_____/

## ORDER

**IT IS ORDERED** that Menard's partial motion to dismiss Belwith's common law and statutory conversion claims (Counts VI-VII) under Rule 12(b)(6) for failure to state a claim is **GRANTED**.  (ECF No. 98.)

**IT IS FURTHER ORDERED** that Menard's partial motion for summary judgment seeking an order to compel Belwith to pick up the display cabinets or reimburse Menard for storage or disposal of the display cabinets is **DENIED**.  (ECF No. 98.)

**IT IS FURTHER ORDERED** that Belwith's motion for summary judgment on its breach of contract claims and conversion claims is **GRANTED IN PART** and **DENIED IN PART**.  (ECF No. 120.)  Belwith shows that no genuine issue of material fact exists as to its ownership of the display cabinets it sent under the 2016 VCPL contract.  However, Belwith has failed to show that no genuine issue of material fact exists as to its other alleged breaches of the VCPLs (Counts I-V).

Dated: August 28, 2025

    /s/ Paul L. Maloney
    PAUL L. MALONEY
    UNITED STATES DISTRICT JUDGE